936

No. 7005.   ARMES v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 7007.   DUBIN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 7016.   BRYANT v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 7021.   McKINNON v. NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 7057.   ROBERTS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 1045.   MANLEY v. VIRGINIA.   Sup. Ct. App. Va. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1452.   ZORNER v. OREGON.   Ct. App. Ore.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1666.   NORTHERN VIRGINIA REGIONAL PARK AUTHORITY ET AL. v. UNITED STATES CIVIL SERVICE COMMISSION ET AL.   C. A. 4th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6181.   HOLMES v. ARIZONA.   Ct. App. Ariz.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6806.   KNUCKLES ET AL. v. PRASSE, CORRECTION COMMISSIONER, ET AL.   C. A. 3d Cir.   Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.